AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| CHAYA LOFFMAN and JONATHAN LOFFMAN, on their own behalf and on behalf of their minor child M.L.; FEDORA NICK and MORRIS TAXON, on their own behalf and on behalf of their minor child K.T.; SARAH PERETS and ARIEL PERETS, on their own behalf and on behalf of their minor child N.P.; JEAN & JERRY FRIEDMAN SHALHEVET HIGH SCHOOL; and SAMUEL A. FRYER YAVNEH HEBREW ACADEMY, *Plaintiff(s)* <br> v. <br> CALIFORNIA DEPARTMENT OF EDUCATION, TONY THURMOND, in his official capacity as Superintendent of Public Instruction, LOS ANGELES UNIFIED SCHOOL DISTRICT, and ANTHONY AGUILAR, in his official capacity as Chief of Special Education, Equity, and Access, *Defendant(s)* | Civil Action No. <br><br> 23-1832 JLS (MRWx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

California Department of Education
1430 N Street
Sacramento, CA 95814-5901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eric C. Rassbach
The Becket Fund for Religious Liberty
1919 Pennsylvania Avenue NW, Suite 400
Washington, D.C. 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Kiry Gray
*CLERK OF COURT*

Date: April 5, 2023

/s/ *Jenny Lam*
*Signature of Clerk or Deputy Clerk*