SUE ANN SALMON EVANS, State Bar No. 151562
sevans@DWKesq.com
MEAGAN M. KINSEY, State Bar No. 307457
mkinsey@DWKesq.com
Dannis Woliver Kelley
444 W. Ocean Blvd., Suite 1070
Long Beach, CA 90802
Telephone: 562.366.8500
Facsimile: 562.366.8505

Attorneys for Defendants
Los Angeles Unified School District and
Anthony Aguilar

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAYA LOFFMAN and JONATHAN LOFFMAN, on their own behalf and on behalf of their minor child M.L.; FEDORA NICK and MORRIS TAXON, on their own behalf and on behalf of their minor child K.T.; SARAH PERETS and ARIEL PERETS, on their own behalf and on behalf of their minor child N.P.; JEAN & JERRY FRIEDMAN SHALHEVET HIGH SCHOOL; and SAMUEL A. FRYER YAVNEH HEBREW ACADEMY,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION; TONY THURMOND, in his official capacity as Superintendent of Public Instruction; LOS ANGELES UNIFIED SCHOOL DISTRICT; and ANTHONY AGUILAR, in his official capacity as Chief of Special Education, Equity, and Access,<br><br>Defendants. | Case No. 2:23-cv-01832-JLS-MRW<br><br>**EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT BY 20 DAYS**<br><br>**Judge:    Hon. Josephine L. Staton**<br><br>**Complaint served: April 12, 2023**<br>**Current response date: May 3, 2023**<br>**New response date: May 23, 2023**<br><br>**Complaint Filed: March 13, 2023**<br><br>**Trial Date: None** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendants LOS ANGELES UNIFIED SCHOOL DISTRICT and ANTHONY AGUILAR ("collectively LAUSD") hereby move this court ex parte for an order extending the time for LAUSD to respond to the initial complaint by twenty (20) days.

Plaintiffs CHAYA LOFFMAN and JONATHAN LOFFMAN, on their own behalf and on behalf of their minor child M.L.; FEDORA NICK and MORRIS TAXON, on their own behalf and on behalf of their minor child K.T.; SARAH PERETS and ARIEL PERETS, on their own behalf and on behalf of their minor child N.P.; JEAN & JERRY FRIEDMAN SHALHEVET HIGH SCHOOL; and SAMUEL A. FRYER YAVNEH HEBREW ACADEMY filed their complaint on March 13, 2023. The current deadline for LAUSD to respond to the complaint is May 3, 2023.

Prior to filing this Ex Parte Application, through their respective counsel, LAUSD contacted Plaintiffs to seek a stipulation allowing LAUSD additional time to file its response to the complaint. Plaintiffs declined LAUSD's request. (Declaration of Meagan Kinsey, ¶ 3, Exhibit A.)

Any opposition to this Ex Parte Application must be filed not later than 24 hours after the filing of this ex parte application. As set forth in the Declaration of Meagan Kinsey, notice of this Ex Parte Application was provided to counsel for all parties in conformity with Local Rules, 7-19 and 7-19.1. (Declaration of Meagan Kinsey, ¶¶ 4, 5.) Moving party was informed that Plaintiffs intend to oppose the requested relief. (Declaration of Meagan Kinsey, ¶ 4.)

## MEMORANDUM OF POINTS AND AUTHORITIES

This continuance is requested on the grounds that good cause exists to grant LAUSD additional time to respond to Plaintiffs' initial complaint as the complaint presents complex issues requiring thoughtful research and attention, the intention for joint representation of LAUSD and Mr. Aguilar supports a single response with

the same deadline, Plaintiffs will not be prejudiced by an extension, and LAUSD has not received any prior extensions in this case.

This ex parte application is necessary as counsel for Plaintiffs have not agreed to extend the time for LAUSD to respond to the initial complaint.

The grounds for this ex parte application are supported by the facts set forth in the Declaration of Meagan Kinsey, attorney of record herein, attached hereto and the Declaration of Mary Kellogg, LAUSD, Office of the General Counsel.  A Proposed Order accompanies this application in conformance with Local Rule 7-19.

Pursuant to Local Rule 7-19, the name, address, telephone number and email address of counsel for Plaintiffs is as follows:

Eric C. Rassbach (CA SBN 288041)

Daniel L. Chen (CA SBN 312576)

Laura Wolk Slavis (DC Bar No. 1643193)

(pending pro hac vice admission)

Brandon L. Winchel* (CA SBN 344 719)

The Becket Fund for Religious Liberty

1919 Pennsylvania Ave., Suite 400

Washington, DC 20006

202-955-0095 tel. / 202-955-0090 fax

erassbach@becketlaw.org

Mr. Rassbach, lead counsel for Plaintiffs, was provided with notice of this ex parte application by leaving a message at 202-955-0095/202-361-8413 and by emailing him at erassbach@becketlaw.org. (Declaration of Meagan Kinsey, ¶ 4, Exhibit B.)  Mr. Rassbach informed our office of Plaintiffs' intent to oppose the Ex Parte application. (Declaration of Meagan Kinsey, ¶ 4.)  Attached to the Declaration of Meagan Kinsey as Exhibit B is a true and correct copy of the e-mail sent to Plaintiffs' counsel. Counsel for other parties were also provided with oral notice of the ex parte application.  (Declaration of Meagan Kinsey, ¶ 5.)

This is the first request for an extension of time to respond to the initial complaint. LAUSD will be prepared to file its answer or otherwise respond to the complaint by May 23, 2023.

Plaintiffs cannot demonstrate any prejudice that would suffer from a twenty (20) day extension. For the foregoing reasons, LAUSD believes it has established good cause for the twenty (20) day extension and respectfully requests that the Court grant this request.

DATED: May 3, 2023

DANNIS WOLIVER KELLEY
SUE ANN SALMON EVANS
MEAGAN M. KINSEY

By: */s/ Sue Ann Salmon Evans*
SUE ANN SALMON EVANS
Attorneys for Defendants
Los Angeles Unified School District
and Anthony Aguilar

# CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Defendants Los Angeles Unified School District and Anthony Aguilar, certify that this brief contains 647 words, which complies with the word limit of L.R. 11-6.1.

DATED: May 3, 2023

DANNIS WOLIVER KELLEY
SUE ANN SALMON EVANS
MEAGAN M. KINSEY

By: */s/ Sue Ann Salmon Evans*
SUE ANN SALMON EVANS
Attorneys for Defendants
Los Angeles Unified School District
and Anthony Aguilar