SUE ANN SALMON EVANS, State Bar No. 151562
sevans@DWKesq.com
MEAGAN M. KINSEY, State Bar No. 307457
mkinsey@DWKesq.com
Dannis Woliver Kelley
444 W. Ocean Blvd., Suite 1070
Long Beach, CA 90802
Telephone: 562.366.8500
Facsimile: 562.366.8505

Attorneys for Defendants
Los Angeles Unified School District and
Anthony Aguilar

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAYA LOFFMAN and JONATHAN LOFFMAN, on their own behalf and on behalf of their minor child M.L.; FEDORA NICK and MORRIS TAXON, on their own behalf and on behalf of their minor child K.T.; SARAH PERETS and ARIEL PERETS, on their own behalf and on behalf of their minor child N.P.; JEAN & JERRY FRIEDMAN SHALHEVET HIGH SCHOOL; and SAMUEL A. FRYER YAVNEH HEBREW ACADEMY,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION; TONY THURMOND, in his official capacity as Superintendent of Public Instruction; LOS ANGELES UNIFIED SCHOOL DISTRICT; and ANTHONY AGUILAR, in his official capacity as Chief of Special Education, Equity, and Access,<br><br>Defendants. | Case No. 2:23-cv-01832-JLS-MRW<br><br>**DEFENDANTS LOS ANGELES UNIFIED SCHOOL DISTRICT AND ANTHONY AGUILAR'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br>**Judge:** Hon. Josephine L. Staton<br><br>**Complaint Filed: March 13, 2023**<br><br>**Trial Date: None** |

The undersigned, counsel of record for Defendants Los Angeles Unified School District and Anthony Aguilar certify that the following listed parties may have a pecuniary interest in the outcome of this case, whether direct or indirect. These representations are made to enable the Court to evaluate possible disqualifications or recusal.

- All captioned Parties to this litigation;
- Los Angeles Unified School District and,
- Anthony Aguilar

DATED: May 3, 2023

DANNIS WOLIVER KELLEY
SUE ANN SALMON EVANS
MEAGAN M. KINSEY

By: */s/ Sue Ann Salmon Evans*
SUE ANN SALMON EVANS
Attorneys for Defendants
Los Angeles Unified School District and Anthony Aguilar