SUE ANN SALMON EVANS, State Bar No. 151562
sevans@DWKesq.com
MEAGAN M. KINSEY, State Bar No. 307457
mkinsey@DWKesq.com
Dannis Woliver Kelley
444 W. Ocean Blvd., Suite 1070
Long Beach, CA 90802
Telephone: 562.366.8500
Facsimile: 562.366.8505

Attorneys for Defendants
Los Angeles Unified School District and
Anthony Aguilar

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAYA LOFFMAN and JONATHAN LOFFMAN, on their own behalf and on behalf of their minor child M.L.; FEDORA NICK and MORRIS TAXON, on their own behalf and on behalf of their minor child K.T.; SARAH PERETS and ARIEL PERETS, on their own behalf and on behalf of their minor child N.P.; JEAN & JERRY FRIEDMAN SHALHEVET HIGH SCHOOL; and SAMUEL A. FRYER YAVNEH HEBREW ACADEMY,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION; TONY THURMOND, in his official capacity as Superintendent of Public Instruction; LOS ANGELES UNIFIED SCHOOL DISTRICT; and ANTHONY AGUILAR, in his official capacity as Chief of Special Education, Equity, and Access,<br><br>Defendants. | Case No. 2:23-cv-01832-JLS-MRW<br><br>**REPLY TO PLAINTIFFS' OPPOSITION TO EX PARTE APPLICATION FOR AN EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT BY 20 DAYS**<br><br>**Judge:** Hon. Josephine L. Staton<br><br>**Complaint served: April 12, 2023**<br>**Current response date: May 3, 2023**<br>**New response date: May 23, 2023**<br><br>**Complaint Filed: March 13, 2023**<br><br>**Trial Date: None** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants LOS ANGELES UNIFIED SCHOOL DISTRICT and ANTHONY AGUILAR ("collectively LAUSD") hereby submit this reply to Plaintiffs' Opposition to LAUSD's Ex Parte Application for an Extension of Time to Respond to Initial Complaint by 20 days to address Plaintiffs' allegations related to waiver of service.

Plaintiffs cannot use their own failures to properly provide notice and request for waiver of service from LAUSD as a basis to oppose LAUSD's request for a 20-day extension for a response to the initial complaint. Rule 4(d)(1) of the Federal Rules of Civil Procedure requires a notice and request for waiver of service to:

(A) be in writing and be addressed:

    (i)    To the individual defendant…

(B) name the court where the complaint was filed;

(C) be accompanied by a copy of the complaint, 2 copies of the wavier form appended to this Rule 4, and a prepaid means for returning the form;

(D) inform the defendant, using the form appended to this Rule 4, of the consequences of waiving and not waiving service;

(E) state the date when the request is sent;

(F) give the defendant a reasonable time of at least 30 days after the request was sent…to return the waiver; and

(G) To be sent by first-class mail or other reliable means.

LAUSD has no record of Plaintiffs providing such notice and request for waiver of service that complies with the requirements of Rule 4(d)(1). Declaration of Mary Kellogg, ¶ 4. Plaintiffs admit that they provided this type of notice and request to other defendants. Dkt. 23; Chen. Decl., Ex. 1. Plaintiffs did not provide any evidence of a similar notice and request to LAUSD and, in doing so, concede this failure. Instead of complying with the written request for waiver of service

requirements, Plaintiffs relied on oral, inconclusive statements from LAUSD staff concerning their respective abilities to accept service on behalf of LAUSD and make decisions concerning waiver of service. Dkt. 23; Chen Decl. ¶¶ 11-15. These communications did not comply with the Rule 4(d)(1) requirements. Thus, Plaintiffs cannot reasonably claim LAUSD's failure to waive service, a problem Plaintiffs created, undermines LAUSD's good cause for a 20-day extension.

Plaintiffs also overstate the concerns with timeliness associated with LAUSD's service. If Plaintiffs had properly provided LAUSD with notice of the request to waive service on April 3, 2023 as they did for the other defendants, the 30 days for LAUSD to respond would not have elapsed until May 3, 2023. F.R.C.P. 4(d)(1)(F). Plaintiffs effectuated service on the District on April 12, 2023 and Anthony Aguilar on April 29, 2023, both of which fall before the waiver of service deadline. Moreover, if LAUSD had been given a proper opportunity to waive service on or before the May 3, 2023 deadline, their response would have been due by June 2, 2023, which is after LAUSD's present request for a 20-day extension to May 23, 2023. The other defendants will already be filing a response on or before June 2, 2023, so LAUSD's 20-day extension would not impact the overall timing and case trajectory. In any event, LAUSD attempted to resolve the need for an extension with Plaintiffs prior to the ex parte application, in accordance with chamber rules, but Plaintiffs refused. Dkt. 20; Kinsey Decl.

For the foregoing reasons, LAUSD respectfully requests that the Court grant its request for a 20-day extension of time to respond to the initial complaint.

DATED: May 5, 2023

DANNIS WOLIVER KELLEY
SUE ANN SALMON EVANS
MEAGAN M. KINSEY

By: /s/ Sue Ann Salmon Evans
SUE ANN SALMON EVANS
Attorneys for Defendants
Los Angeles Unified School District
and Anthony Aguilar