1  SUE ANN SALMON EVANS, State Bar No. 151562
   sevans@DWKesq.com
2  MEAGAN M. KINSEY, State Bar No. 307457
   mkinsey@DWKesq.com
3  Dannis Woliver Kelley
   444 W. Ocean Blvd., Suite 1070
4  Long Beach, CA  90802
   Telephone: 562.366.8500
5  Facsimile: 562.366.8505

6  Attorneys for Defendants
   Los Angeles Unified School District and
7  Anthony Aguilar

8              UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10

11  CHAYA LOFFMAN and                      Case No.  2:23-cv-01832-JLS-MRW
    JONATHAN LOFFMAN, on their
12  own behalf and on behalf of their      **DECLARATION OF MARY
    minor child M.L.; FEDORA NICK          KELLOGG IN SUPPORT OF REPLY
13  and MORRIS TAXON, on their             TO PLAINTIFFS' OPPOSITION TO
    own behalf and on behalf of their      EX PARTE APPLICATION FOR AN
14  minor child K.T.; SARAH PERETS         EXTENSION OF TIME TO
    and ARIEL PERETS, on their own         RESPOND TO INITIAL
15  behalf and on behalf of their minor    COMPLAINT BY 20 DAYS**
    child N.P.; JEAN & JERRY
16  FRIEDMAN SHALHEVET HIGH
    SCHOOL; and SAMUEL A.                  **Judge:      Hon. Josephine L. Staton**
17  FRYER YAVNEH HEBREW
    ACADEMY,
18                                         **Complaint Filed:  March 13, 2023**
                 Plaintiffs,
19                                         **Trial Date: None**
         v.
20
    CALIFORNIA DEPARTMENT OF
21  EDUCATION; TONY
    THURMOND, in his official
22  capacity as Superintendent of Public
    Instruction; LOS ANGELES
23  UNIFIED SCHOOL DISTRICT;
    and ANTHONY AGUILAR, in his
24  official capacity as Chief of Special
    Education, Equity, and Access,
25
                 Defendants.
26

27

28
                                  1

Error! Unknown
document property
name.

## DECLARATION OF MARY KELLOGG

I, Mary Kellogg, declare as follows:

1.      I am an attorney admitted to practice law before all state and federal courts in the State of California. I am an Associate General Counsel in Office of the General Counsel ("OGC") for the Los Angeles Unified School District ("LAUSD"). I have personal knowledge of the facts stated within this Declaration, except where stated upon information and belief, and as to those facts, I believe them to be true, and if called upon to testify under oath concerning them, I could and would testify competently to such facts.

2.      I am preparing this declaration in support of LAUSD and Anthony Aguilar ("Defendants")'s Reply to Plaintiffs' Opposition to Ex Parte Application for an Extension of Time to Respond to Initial Complaint by 20 Days.

3.      As part of my role and responsibilities, I am knowledgeable about litigation management at LAUSD.  In addition, I am the attorney for LAUSD assigned to manage and oversee this litigation.  As such, I am knowledgeable about this particular litigation effort.

4.      LAUSD does not have any record of Plaintiffs providing LAUSD with a written notice and request for waiver of service that includes a copy of the complaint, two copies of the waiver form, and a prepaid means for returning the form, sent through first-class mail or other means.

I have read the above declaration and declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on this 5th day of May, 2023, in Los Angeles County, California.

By: _____
MARY KELLOGG

DANNIS WOLIVER KELLEY
444 W. OCEAN BLVD., SUITE 1070
LONG BEACH, CA 90802

Error! Unknown document property name.

2

DECLARATION OF MARY KELLOGG IN SUPPORT OF REPLY TO PLAINTIFFS' OPPOSITION TO EX PARTE APPLICATION FOR EXTENSION OF TIME TO RESPOND