LEN GARFINKEL State Bar No. 114815
General Counsel
BRUCE YONEHIRO, State Bar No. 142405
Assistant General Counsel
THOMAS PROUTY. State Bar No. 238950
Deputy General Counsel
California Department of Education
1430 N Street, Room 5319
Sacramento, California 95814
Telephone: 916-319-0860
Facsimile: 916-322-2549
Email: TProuty@cde.ca.gov
Attorneys for Defendants California Department of Education and Tony Thurmond, in his Official Capacity as Superintendent of Public Instruction

(*Defendants CDE and Tony Thurmond in his Official Capacity as SPI are Governmental Parties Exempt from the Provisions of FRCP 7.1 and L.R. 7-1.1*)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAYA LOFFMAN and JONATHAN LOFFMAN, on their own behalf and on behalf of their minor child M.L.; FEDORA NICK and MORRIS TAXON, on their own behalf and on behalf of their minor child K.T.; SARAH PERETS and ARIEL PERETS, on their own behalf and on behalf of their minor child N.P.; JEAN & JERRY FRIEDMAN SHALHEVET HIGH SCHOOL; and SAMUEL A. FRYER YAVNEH HEBREW ACADEMY,<br><br>    Plaintiffs,<br><br>    v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION; TONY THURMOND, in his official capacity as Superintendent of Public Instruction; LOS ANGELES UNIFIED SCHOOL DISTRICT; and ANTHONY AGUILAR, in his official capacity as Chief of Special Education, Equity, and Access,<br><br>    Defendants. | Case No. 2:23-cv-01832-JLS-MRW<br><br>THE STATE DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS<br><br>Hearing: July 21, 2023<br>Time: 10:30 a.m.<br>Courtroom: 8A<br>Judge: Hon. Josephine L. Staton<br><br>Action Filed: March 13, 2023<br>Trial Date:   Not set |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD**:

**PLEASE TAKE NOTICE** that on July 21, 2023, at 10:30 a.m. in Courtroom 8A of the above-entitled Court, located at 350 West 1st Street, Los Angeles, California, 90012, Defendants California Department of Education and Tony Thurmond in his official capacity as Superintendent of Public Instruction (collectively, the "State Defendants") will and hereby do move this Court to dismiss Plaintiffs' Complaint (Doc.1) pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6).

As discussed in more detail in the accompanying memorandum of points and authorities, the Complaint should be dismissed because: Plaintiffs lack standing, thereby depriving the Court of subject-matter jurisdiction; the State Defendants' Eleventh Amendment sovereign immunity precludes Plaintiffs' claims for relief; and each Count fails to state a claim upon which relief can be granted.

The State Defendants' motion is based on this Notice of Motion and Motion, the concurrently filed Memorandum of Points and Authorities in support of the motion, as well as the papers and records on file in this action, and such other written or oral argument as may be presented at or before the time the motion is heard by the Court. A proposed order is filed herewith.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on May 9, 2023.

Dated: May 24, 2023

Respectfully submitted,

LEN GARFINKEL
General Counsel
BRUCE YONEHIRO
Assistant General Counsel

By: /s/ Thomas Prouty
THOMAS PROUTY
Deputy General Counsel
Attorneys for the State Defendants