# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:23-cv-01832-JLS-MRWx | Date | July 21, 2023 |
| Title | Chaya Loffman; et al. v. California Department of Education; et al. | | |

**PRESENT: HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Catherine Jeang for V.R. Vallery | April Lassiter-Benson |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:

Brandon Winchel
Eric Rassbach
Nicholas Reaves

ATTORNEYS PRESENT FOR DEFENDANT:

Thomas Prouty
Sue Ann Evans

**PROCEEDINGS:   PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [28];**

**DEFENDANTS LOS ANGELES SCHOOL DISTRICT AND ANTHONY AGUILAR'S MOTION TO DISMISS [29]; AND**

**THE STATE DEFENDANTS' MOTION TO DISMISS [31]**

The case is called and counsel state their appearance. The motions hearing are held. The Court takes the motions under submission and a written order will issue.

00:45
Initials of Clerk: CMJ