JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAYA LOFFMAN and JONATHAN LOFFMAN, on their own behalf and on behalf of their minor child M.L., et al.<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION, et al.<br><br>　　　　　Defendants. | CASE NO. 2:23-cv-01832-JLS-MRW<br><br><br><br>**JUDGMENT OF DISMISSAL** |

On August 9, 2023, the Court issued an Order (Doc. 50) granting Defendants' Motions to Dismiss (Docs. 29, 31) and dismissing Plaintiffs' Complaint (Doc. 1). The Court gave Plaintiffs Jean & Jerry Friedman Shalhevet High School and Samuel A. Fryer Yavneh Hebrew Academy ("School Plaintiffs") 21 days to file an amended complaint and noted that failure to file an amended complaint in a timely manner would result in dismissal of this action. (Order at 51.) Although more than 21 days have passed, School Plaintiffs have not filed an amended complaint. Accordingly, a JUDGMENT OF DISMISSAL is hereby entered.

DATED: September 19, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE