| | |
|---|---|
| Case No. | 2:23-cv-01832-JLS-MRWx |
| Court of Appeals Case No. | 23-55714 |
| Title | Chaya Loffman, et al. v. California Department of Education, et al. |
| Present: The Honorable | Josephine L. Staton |
| Date | December 3, 2024 |

| Kelly Davis | None | None |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| **Attorneys for Plaintiff(s):** | **Attorney(s) for Defendant(s):** |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS:   HEARING ON MANDATE OF THE NINTH CIRCUIT COURT OF APPEALS**

THE COURT REVIEWS the mandate (judgment or order) of the Ninth Circuit Court of Appeals:

\_\_\_  Affirming        \_\_\_  Dismissing Appeal        _X_  Affirming in part, reversing in part

_X_  Remanding        \_\_\_  Reversing and Remanding        _X_  Other: Vacating in part

\_\_\_  The record reflects that costs of the prevailing party were taxed by the Ninth Circuit Court of Appeals in the amount of:

$ _____ on _____

_X_  Other:   No later than January 3, 2025, counsel shall file an Amended Joint Rule 26(f) Report.

_X_  Make JS-5

                                                                                                        _____ : _____
                                                                                            Initials of Deputy Clerk            kd