**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHAYA LOFFMAN, et al.<br><br>PLAINTIFF(S),<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:23−cv−01832−CV−MRW<br><br>**NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER** |

To: All Counsel Appearing of Record

The Magistrate Judge to whom the above−entitled case was previously assigned is no longer available.

YOU ARE HEREBY NOTIFIED that, pursuant to directive of the Chief U. S. District Judge/Magistrate Judge and in accordance with the rules of this Court, the above−entitled case has been returned to the Clerk for direct reassignment.

Accordingly, this case has been reassigned to:

Hon.   Michael B. Kaufman  , Magistrate Judge for:

any discovery and/or post−judgment matters that may be referred

Please substitute the initials of the newly assigned Magistrate Judge so that the new case number will read:   2:23−cv−01832−CV(MBKx)  . This is very important because documents are routed by the initials.

Clerk, U.S. District Court

February 28, 2025
Date

By:  /s/ *Rebeca D Olmos*
Deputy Clerk

G−74 (04/14) NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER