SUE ANN SALMON EVANS, State Bar No. 151562
sevans@DWKesq.com
WILLIAM G. ASH, State Bar No. 324122
wash@DWKesq.com
Dannis Woliver Kelley
444 W. Ocean Blvd., Suite 1750
Long Beach, CA 90802
Telephone: 562.366.8500
Facsimile: 562.366.8505

Attorneys for Defendants
Los Angeles Unified School District and Anthony Aguilar

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAYA LOFFMAN and JONATHAN LOFFMAN, on their own behalf and on behalf of their minor child M.L.; FEDORA NICK and MORRIS TAXON, on their own behalf and on behalf of their minor child K.T.; SARAH PERETS and ARIEL PERETS, on their own behalf and on behalf of their minor child N.P.; JEAN & JERRY FRIEDMAN SHALHEVET HIGH SCHOOL; and SAMUEL A. FRYER YAVNEH HEBREW ACADEMY,<br><br>              Plaintiffs,<br><br>     v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION; TONY THURMOND, in his official capacity as Superintendent of Public Instruction; LOS ANGELES UNIFIED SCHOOL DISTRICT; and ANTHONY AGUILAR, in his official capacity as Chief of Special Education, Equity, and Access,<br><br>              Defendants. | Case No. 2:23-cv-01832-CV (MBKx)<br><br>**LOS ANGELES UNIFIED SCHOOL DISTRICT AND ANTHONY AGUILAR'S ANSWER TO PLAINTIFFS' COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Judge :    Hon. Michael B. Kaufman<br><br>Complaint Filed:    March 13, 2023<br><br>Trial Date: None |

1

Defendants Los Angeles Unified School District and Anthony Aguilar's ("District" or "LAUSD" or "Defendants") hereby answers the complaint ("Complaint") of Plaintiffs Chaya Loffman and Jonathan Loffman, on their own behalf and on behalf of their minor child M.L.; Fedora Nick and Morris Taxon, on their own behalf and on behalf of their minor child K.T.; Sarah Perets and Ariel Perets, on their own behalf and on behalf of their minor child N.P.; Jean & Jerry Friedman Shalhevet High School; and Samuel A. Fryer Yavneh Hebrew Academy ("Plaintiffs"), as set forth herein. The following admissions are based on information presently available to Defendants and are either known to be true or are believed to be true based on the Defendants' current understanding and information. Defendants reserve the right to amend, clarify, and/or supplement the admissions set forth herein as additional information is discovered or otherwise becomes known or available to the Defendants throughout the course of this litigation.

## **ANSWER**

For their answer to Plaintiffs' Complaint ("CMPLT"), Defendants LOS ANGELES UNIFIED SCHOOL DISTRICT AND ANTHONY AGUILAR'S ("District" or "LAUSD" or "Defendants"), admit, deny, and allege as set forth below. The Defendants deny every allegation of the CMPLT not specifically admitted in this Answer.

1.      Defendants deny the allegations and characterizations of the lawsuit described in Paragraph 1 of the CMPLT.

2.      Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 2 of the CMPLT and, therefore, deny them.

3.      Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 3 of the CMPLT and, therefore, deny them.

DANNIS WOLIVER KELLEY
444 W. OCEAN BLVD., SUITE 1070
LONG BEACH, CA 90802

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT
2:23-cv-01832-CV (MBKx)

4.      Defendants admits the facts in Paragraph 4 of the CMPLT.

5.      Defendants admits the facts in Paragraph 5 of the CMPLT.

6.      Defendants denies the facts in Paragraph 6 of the CMPLT.

7.      Defendants deny the allegations and characterizations of California's implementation of the IDEA as described in Paragraph 7 of the CMPLT.

8.      Defendants deny the allegations and characterizations of California's implementation of the IDEA as described in Paragraph 8 of the CMPLT.

9.      Defendants deny the allegations and characterizations of California's implementation of the IDEA as described in Paragraph 9 of the CMPLT.

10.     Defendants admits the facts in Paragraph 10 of the CMPLT.

11.     Defendants admits the facts in Paragraph 11 of the CMPLT.

12.     Defendants deny the allegations and characterizations of California's implementation of the IDEA and Defendants role in the same as described in Paragraph 12 of the CMPLT.

13.     Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 13 of the CMPLT and, therefore, deny them.

14.     Defendants deny the allegations and characterizations of the Supreme Court's ruling and its application to this lawsuit as described in Paragraph 14 of the CMPLT.

15.     Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 14 of the CMPLT and, therefore, deny them.

16.     Defendants admits the facts and the description of the Court's authority in Paragraph 16 of the CMPLT.

17.     Defendants admits the facts and that venue is correct as described in Paragraph 17 of the CMPLT.

18.     Defendants admits the facts and that venue is correct as described in

Dannis Woliver Kelley
444 W. Ocean Blvd., Suite 1070
Long Beach, CA  90802

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

2:23-cv-01832-CV (MBKx)

Paragraph 18 of the CMPLT.

19.    Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 19 of the CMPLT and, therefore, deny them.

20.    Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 19 of the CMPLT and, therefore, deny them.

21.    Defendants deny the allegations and characterizations of California's implementation of the IDEA as described in Paragraph 21 of the CMPLT.

22.    Defendants admits the facts in Paragraph 22 of the CMPLT.

23.    Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 23 of the CMPLT and, therefore, deny them.

24.    Defendants admit that, at the time of the filing of the CMPLT, K.T. was a student at a LAUSD charter school. As to the remaining factual allegations, Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the remaining allegations in Paragraph 24 of the CMPLT and, therefore, deny them.

25.    Defendants deny the allegations and characterizations of California's implementation of the IDEA as described in Paragraph 25 of the CMPLT.

26.    Defendants admits the facts in Paragraph 26 of the CMPLT.

27.    Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 27 of the CMPLT and, therefore, deny them.

28.    Defendants admit that, at the time of the filing of the CMPLT, N.P.. was a student at a LAUSD school. As to the remaining factual allegations, Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the remaining allegations in Paragraph

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

2:23-cv-01832-CV (MBKx)

DANNIS WOLIVER KELLEY
444 W. OCEAN BLVD., SUITE 1070
LONG BEACH, CA  90802

1    28 of the CMPLT and, therefore, deny them.

2        29.    Defendants deny the allegations and characterizations of California's

3    implementation of the IDEA as described in Paragraph 29 of the CMPLT.

4        30.    Defendants admits the facts in Paragraph 30 of the CMPLT.

5        31.    Defendants deny and lack knowledge or information sufficient to form

6    a belief as to the truth, accuracy, and characterization of the allegations in

7    Paragraph 31 of the CMPLT and, therefore, deny them.

8        32.    Defendants deny the allegations and characterizations of California's

9    implementation of the IDEA as described in Paragraph 32 of the CMPLT.

10       33.    Defendants deny and lack knowledge or information sufficient to form

11   a belief as to the truth, accuracy, and characterization of the allegations in

12   Paragraph 33 of the CMPLT and, therefore, deny them.

13       34.    Defendants deny the allegations and characterizations of California's

14   implementation of the IDEA as described in Paragraph 34 of the CMPLT.

15       35.    Defendants admits the facts in Paragraph 35 of the CMPLT.

16       36.    Defendants admits the facts in Paragraph 36 of the CMPLT.

17       37.    Defendants admits the facts in Paragraph 37 of the CMPLT.

18       38.    Defendants admits the facts in Paragraph 38 of the CMPLT.

19       39.    Defendants admits the facts in Paragraph 39 of the CMPLT.

20       40.    Defendants admits the facts in Paragraph 40 of the CMPLT.

21       41.    Defendants admits the facts in Paragraph 41 of the CMPLT.

22       42.    Defendants admits the facts in Paragraph 42 of the CMPLT.

23       43.    Defendants admits the facts in Paragraph 43 of the CMPLT.

24       44.    Defendants admits the facts in Paragraph 44 of the CMPLT.

25       45.    Defendants admits the facts in Paragraph 45 of the CMPLT.

26       46.    Defendants admits the facts in Paragraph 46 of the CMPLT.

27       47.    Defendants admits the facts in Paragraph 47 of the CMPLT.

28       48.    Defendants admits the facts in Paragraph 48 of the CMPLT.

DANNIS WOLIVER KELLEY
444 W. OCEAN BLVD., SUITE 1070
LONG BEACH, CA 90802

5

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

2:23-cv-01832-CV (MBKx)

49.     Defendants admits the facts in Paragraph 49 of the CMPLT.

50.     Defendants admits the facts in Paragraph 50 of the CMPLT.

51.     Defendants admits the facts in Paragraph 51 of the CMPLT.

52.     Defendants admits the facts in Paragraph 52 of the CMPLT.

53.     Defendants admits the facts in Paragraph 53 of the CMPLT.

54.     To the extent allegation sin Paragraph 54 of the CMPLT contain legal argument, no response is necessary

55.     Defendants admits the facts in Paragraph 55 of the CMPLT.

56.     Defendants admits the facts in Paragraph 56 of the CMPLT.

57.     Defendants admits the facts in Paragraph 57 of the CMPLT.

58.     Defendants admits the facts in Paragraph 58 of the CMPLT.

59.     To the extent allegation sin Paragraph 54 of the CMPLT contain legal argument, no response is necessary

60.     Defendants admits the facts in Paragraph 60 of the CMPLT.

61.     Defendants admits that procedures exist for the waiver of certain conditions for NPS certification, but Defendants deny the characterization of Defendants role in that process in Paragraph 61 of the CMPLT.

62.     Defendants admits that procedures exist for the waiver of certain conditions for NPS certification, but Defendants deny the characterization of Defendants role in that process in Paragraph 62 of the CMPLT.

63.     Defendants admits the facts in Paragraph 63 of the CMPLT.

64.     Defendants deny the facts in Paragraph 64 of the CMPLT.

65.     Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 65 of the CMPLT and, therefore, deny them.

66.     Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 66 of the CMPLT and, therefore, deny them.

Dannis Woliver Kelley
444 W. Ocean Blvd., Suite 1070
Long Beach, CA  90802

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

2:23-cv-01832-CV (MBKx)

67.    Defendants admits the facts in Paragraph 67 of the CMPLT.

68.    Defendants admits the facts in Paragraph 68 of the CMPLT.

69.    Defendants admits the facts in Paragraph 69 of the CMPLT.

70.    Defendants admits the facts in Paragraph 70 of the CMPLT.

71.    Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 71 of the CMPLT and, therefore, deny them.

72.    Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 72 of the CMPLT and, therefore, deny them.

73.    Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 73 of the CMPLT and, therefore, deny them.

74.    Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 74 of the CMPLT and, therefore, deny them.

75.    Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 75 of the CMPLT and, therefore, deny them.

76.    Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 76 of the CMPLT and, therefore, deny them.

77.    Defendants admit the names of Plaintiffs Chaya, Jonathan, and M.L. Loffman. As to all other facts, Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the remaining allegations in Paragraph 77 of the CMPLT and, therefore, deny them.

78.    Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in

DANNIS WOLIVER KELLEY
444 W. OCEAN BLVD., SUITE 1070
LONG BEACH, CA 90802

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

2:23-cv-01832-CV (MBKx)

DWK 4366295v1

1    Paragraph 78 of the CMPLT and, therefore, deny them.

2        79.    Defendants deny and lack knowledge or information sufficient to form

3    a belief as to the truth, accuracy, and characterization of the allegations in

4    Paragraph 79 of the CMPLT and, therefore, deny them.

5        80.    Defendants deny and lack knowledge or information sufficient to form

6    a belief as to the truth, accuracy, and characterization of the allegations in

7    Paragraph 70 of the CMPLT and, therefore, deny them.

8        81.    Defendants deny and lack knowledge or information sufficient to form

9    a belief as to the truth, accuracy, and characterization of the allegations in

10   Paragraph 81 of the CMPLT and, therefore, deny them.

11       82.    Defendants deny and lack knowledge or information sufficient to form

12   a belief as to the truth, accuracy, and characterization of the allegations in

13   Paragraph 82 of the CMPLT and, therefore, deny them.

14       83.    Defendants deny and lack knowledge or information sufficient to form

15   a belief as to the truth, accuracy, and characterization of the allegations in

16   Paragraph 83 of the CMPLT and, therefore, deny them.

17       84.    Defendants deny and lack knowledge or information sufficient to form

18   a belief as to the truth, accuracy, and characterization of the allegations in

19   Paragraph 84 of the CMPLT and, therefore, deny them.

20       85.    Defendants deny and lack knowledge or information sufficient to form

21   a belief as to the truth, accuracy, and characterization of the allegations in

22   Paragraph 85 of the CMPLT and, therefore, deny them.

23       86.    Defendants deny and lack knowledge or information sufficient to form

24   a belief as to the truth, accuracy, and characterization of the allegations in

25   Paragraph 86 of the CMPLT and, therefore, deny them.

26       87.    Defendants deny and lack knowledge or information sufficient to form

27   a belief as to the truth, accuracy, and characterization of the allegations in

28   Paragraph 87 of the CMPLT and, therefore, deny them.

DANNIS WOLIVER KELLEY
444 W. OCEAN BLVD., SUITE 1070
LONG BEACH, CA  90802

8

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

2:23-cv-01832-CV (MBKx)

DWK 4366295v1

88.    Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 88 of the CMPLT and, therefore, deny them.

89.    Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 89 of the CMPLT and, therefore, deny them.

90.    Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 90 of the CMPLT and, therefore, deny them.

91.    Defendants admit the names of Plaintiffs Fedora Nick, Morris Taxon, and S.T., A.T., and K.T. As to all other facts, Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the remaining allegations in Paragraph 91 of the CMPLT and, therefore, deny them.

92.    Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 92 of the CMPLT and, therefore, deny them.

93.    Defendants admit that at the time the CMPLT was filed, K.T. attended a LAUSD charter school. As to all other facts, Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the remaining allegations in Paragraph 93 of the CMPLT and, therefore, deny them.

94.    Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 94 of the CMPLT and, therefore, deny them.

95.    Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 95 of the CMPLT and, therefore, deny them.

DANNIS WOLIVER KELLEY
444 W. OCEAN BLVD., SUITE 1070
LONG BEACH, CA 90802

9

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

2:23-cv-01832-CV (MBKx)

96.    Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 96 of the CMPLT and, therefore, deny them.

97.    Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 97 of the CMPLT and, therefore, deny them.

98.    Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 98 of the CMPLT and, therefore, deny them.

99.    Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 99 of the CMPLT and, therefore, deny them.

100.    Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 100 of the CMPLT and, therefore, deny them.

101.    Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 101 of the CMPLT and, therefore, deny them.

102.    To the extent allegation sin Paragraph 102 of the CMPLT contain legal argument, no response is necessary

103.    Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 103 of the CMPLT and, therefore, deny them.

104.    Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 104 of the CMPLT and, therefore, deny them.

105.    Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in

DANNIS WOLIVER KELLEY
444 W. OCEAN BLVD., SUITE 1070
LONG BEACH, CA 90802

10

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

2:23-cv-01832-CV (MBKx)

Paragraph 105 of the CMPLT and, therefore, deny them.

106.   Defendants admits the facts in Paragraph 106 of the CMPLT.

107.   Defendants denies the facts in Paragraph 107 of the CMPLT.

108.   Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 108 of the CMPLT and, therefore, deny them.

109.   Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 109 of the CMPLT and, therefore, deny them.

110.   Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 110 of the CMPLT and, therefore, deny them.

111.   Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 111 of the CMPLT and, therefore, deny them.

112.   Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 112 of the CMPLT and, therefore, deny them.

113.   Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 113 of the CMPLT and, therefore, deny them.

114.   Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 114 of the CMPLT and, therefore, deny them.

115.   Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 115 of the CMPLT and, therefore, deny them.

116.   Defendants admit the names of Plaintiffs Sarah, Ariel, and N.P. Perets.

Dannis Woliver Kelley
444 W. Ocean Blvd., Suite 1070
Long Beach, CA 90802

11

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

2:23-cv-01832-CV (MBKx)

1  As to the remaining facts, Defendants deny and lack knowledge or information

2  sufficient to form a belief as to the truth, accuracy, and characterization of the

3  remaining allegations in Paragraph 116 of the CMPLT and, therefore, deny them.

4      117.  Defendants deny and lack knowledge or information sufficient to form

5  a belief as to the truth, accuracy, and characterization of the allegations in

6  Paragraph 117 of the CMPLT and, therefore, deny them.

7      118.  Defendants admits the facts in Paragraph 106 of the CMPLT.

8      119.  Defendants admits the facts in Paragraph 106 of the CMPLT.

9      120.  Defendants admits the facts in Paragraph 106 of the CMPLT.

10     121.  Defendants deny and lack knowledge or information sufficient to form

11  a belief as to the truth, accuracy, and characterization of the allegations in

12  Paragraph 121 of the CMPLT and, therefore, deny them.

13     122.  Defendants deny and lack knowledge or information sufficient to form

14  a belief as to the truth, accuracy, and characterization of the allegations in

15  Paragraph 122 of the CMPLT and, therefore, deny them.

16     123.  Defendants deny and lack knowledge or information sufficient to form

17  a belief as to the truth, accuracy, and characterization of the allegations in

18  Paragraph 123 of the CMPLT and, therefore, deny them.

19     124.  Defendants deny and lack knowledge or information sufficient to form

20  a belief as to the truth, accuracy, and characterization of the allegations in

21  Paragraph 124 of the CMPLT and, therefore, deny them.

22     125.  Defendants deny and lack knowledge or information sufficient to form

23  a belief as to the truth, accuracy, and characterization of the allegations in

24  Paragraph 125 of the CMPLT and, therefore, deny them.

25     126.  Defendants deny the characterization of California's implementation

26  of the IDEA and Defendants roll in the same. As to the remaining facts, Defendants

27  deny and lack knowledge or information sufficient to form a belief as to the truth,

28  accuracy, and characterization of the allegations in Paragraph 126 of the CMPLT

Dannis Woliver Kelley
444 W. Ocean Blvd., Suite 1070
Long Beach, CA  90802

12

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

2:23-cv-01832-CV (MBKx)

1    and, therefore, deny them.

2        127.   Defendants deny and lack knowledge or information sufficient to form

3    a belief as to the truth, accuracy, and characterization of the allegations in

4    Paragraph 127 of the CMPLT and, therefore, deny them.

5        128.   Defendants deny and lack knowledge or information sufficient to form

6    a belief as to the truth, accuracy, and characterization of the allegations in

7    Paragraph 128 of the CMPLT and, therefore, deny them.

8        129.   Defendants deny and lack knowledge or information sufficient to form

9    a belief as to the truth, accuracy, and characterization of the allegations in

10    Paragraph 129 of the CMPLT and, therefore, deny them.

11        130.   Defendants deny and lack knowledge or information sufficient to form

12    a belief as to the truth, accuracy, and characterization of the allegations in

13    Paragraph 130 of the CMPLT and, therefore, deny them.

14        131.   Defendants denies the facts in Paragraph 106 of the CMPLT.

15        132.   Defendants deny and lack knowledge or information sufficient to form

16    a belief as to the truth, accuracy, and characterization of the allegations in

17    Paragraph 132 of the CMPLT and, therefore, deny them.

18        133.   Defendants deny and lack knowledge or information sufficient to form

19    a belief as to the truth, accuracy, and characterization of the allegations in

20    Paragraph 133 of the CMPLT and, therefore, deny them.

21        134.   Defendants deny and lack knowledge or information sufficient to form

22    a belief as to the truth, accuracy, and characterization of the allegations in

23    Paragraph 134 of the CMPLT and, therefore, deny them.

24        135.   Defendants denies the facts in Paragraph 135 of the CMPLT.

25        136.   Defendants denies the facts in Paragraph 136 of the CMPLT.

26        137.   Defendants deny and lack knowledge or information sufficient to form

27    a belief as to the truth, accuracy, and characterization of the allegations in

28    Paragraph 137 of the CMPLT and, therefore, deny them.

DANNIS WOLIVER KELLEY
444 W. OCEAN BLVD., SUITE 1070
LONG BEACH, CA 90802

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

2:23-cv-01832-CV (MBKx)

138.   Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 138 of the CMPLT and, therefore, deny them.

139.   Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 139 of the CMPLT and, therefore, deny them.

140.   Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 140 of the CMPLT and, therefore, deny them.

141.   Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 141 of the CMPLT and, therefore, deny them.

142.   Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 142 of the CMPLT and, therefore, deny them.

143.   Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 143 of the CMPLT and, therefore, deny them.

144.   Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 144 of the CMPLT and, therefore, deny them.

145.   Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 145 of the CMPLT and, therefore, deny them.

146.   Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 146 of the CMPLT and, therefore, deny them.

147.   Defendants deny and lack knowledge or information sufficient to form

DANNIS WOLIVER KELLEY
444 W. OCEAN BLVD., SUITE 1070
LONG BEACH, CA  90802

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

2:23-cv-01832-CV (MBKx)

a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 147 of the CMPLT and, therefore, deny them.

148.   Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 148 of the CMPLT and, therefore, deny them.

149.   Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 149 of the CMPLT and, therefore, deny them.

150.   Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 150 of the CMPLT and, therefore, deny them.

151.   Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 151 of the CMPLT and, therefore, deny them.

152.   Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 152 of the CMPLT and, therefore, deny them.

153.   Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 153 of the CMPLT and, therefore, deny them.

154.   Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 154 of the CMPLT and, therefore, deny them.

155.   Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 155 of the CMPLT and, therefore, deny them.

156.   Defendants denies the facts in Paragraph 156 of the CMPLT.

157.   Defendants admits the facts in Paragraph 157 of the CMPLT.

DANNIS WOLIVER KELLEY
444 W. OCEAN BLVD., SUITE 1070
LONG BEACH, CA 90802

15

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

2:23-cv-01832-CV (MBKx)

158.    Defendants admits the facts in Paragraph 158 of the CMPLT.

159.    Defendants deny that the school being religious is the sole reason it cannot be certified. As to the other facts alleged, the Defendants admit the remaining facts in Paragraph 159 of the CMPLT.

160.    Defendants deny that the school being religious is the sole reason it cannot provide the described services. As to the other facts alleged, the Defendants admit the remaining facts in Paragraph 160 of the CMPLT.

161.    Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 161 of the CMPLT and, therefore, deny them.

162.    Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 162 of the CMPLT and, therefore, deny them.

163.    Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 163 of the CMPLT and, therefore, deny them.

164.    Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 164 of the CMPLT and, therefore, deny them.

165.    Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 1615 of the CMPLT and, therefore, deny them.

166.    Defendants denies the facts in Paragraph 166 of the CMPLT.

167.    Defendants admits the facts in Paragraph 167 of the CMPLT.

168.    Defendants deny that the school being religious is the sole reason it cannot be certified. As to the other facts alleged, the Defendants admit the remaining facts in Paragraph 168 of the CMPLT.

169.    Defendants deny that the school being religious is the sole reason it

DANNIS WOLIVER KELLEY
444 W. OCEAN BLVD., SUITE 1070
LONG BEACH, CA 90802

16

DWK 4366295v1

cannot provide the services described. As to the other facts alleged, the Defendants admit the remaining facts in Paragraph 169 of the CMPLT.

170.    Defendants deny that the school being religious is the sole reason it cannot provide the services described. As to the other facts alleged, the Defendants admit the remaining facts in Paragraph 170 of the CMPLT.

## First Cause of Action

171.    Paragraph 171 of the CMPLT contains no new factual allegations. Defendants incorporate by reference all previous admissions, denials, statements, and allegations.

172.    Defendants admits the facts in Paragraph 172 of the CMPLT.

173.    Defendants admits the facts in Paragraph 173 of the CMPLT.

174.    Defendants admits the facts in Paragraph 174 of the CMPLT.

175.    Paragraph 175 contains only legal argument without factual allegations, so no response is necessary.

176.    Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 176 of the CMPLT and, therefore, deny them.

177.    Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 177 of the CMPLT and, therefore, deny them.

178.    Paragraph 178 contains only legal argument without factual allegations, so no response is necessary.

179.    Paragraph 179 contains only legal argument without factual allegations, so no response is necessary.

180.    Paragraph 180 contains only legal argument without factual allegations, so no response is necessary.

181.    Paragraph 181 contains only legal argument without factual allegations, so no response is necessary.

DANNIS WOLIVER KELLEY
444 W. OCEAN BLVD., SUITE 1070
LONG BEACH, CA  90802

17

DWK 4366295v1

182. Paragraph 182 contains only legal argument without factual allegations, so no response is necessary.

183. Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in Paragraph 183 of the CMPLT and, therefore, deny them.

## Second Cause of Action

184. Paragraph 184 of the CMPLT contains no new factual allegations. Defendants incorporate by reference all previous admissions, denials, statements, and allegations.

185. Defendants admits the facts in Paragraph 185 of the CMPLT.

186. Defendants admits the facts in Paragraph 186 of the CMPLT.

187. Paragraph 187 contains only legal argument without factual allegations, so no response is necessary.

188. Defendants admits the facts in Paragraph 185 of the CMPLT.

189. Paragraph 189 contains only legal argument without factual allegations, so no response is necessary.

190. Paragraph 190 contains only legal argument without factual allegations, so no response is necessary.

191. Paragraph 191 contains only legal argument without factual allegations, so no response is necessary.

192. Paragraph 192 contains only legal argument without factual allegations, so no response is necessary.

193. Paragraph 193 contains only legal argument without factual allegations, so no response is necessary.

194. Paragraph 194 contains only legal argument without factual allegations, so no response is necessary.

195. Defendants deny and lack knowledge or information sufficient to form a belief as to the truth, accuracy, and characterization of the allegations in

DANNIS WOLIVER KELLEY
444 W. OCEAN BLVD., SUITE 1070
LONG BEACH, CA 90802

18

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

2:23-cv-01832-CV (MBKx)

1    Paragraph 195 of the CMPLT and, therefore, deny them.

2                                **Third Cause of Action**

3        196.   Paragraph 196 of the CMPLT contains no new factual allegations.

4    Defendants incorporate by reference all previous admissions, denials, statements,

5    and allegations.

6        197.   Defendants admits the facts in Paragraph 197 of the CMPLT.

7        198.   Defendants admits the facts in Paragraph 198 of the CMPLT.

8        199.   Paragraph 199 contains only legal argument without factual

9    allegations, so no response is necessary.

10       200.   Defendants denies the facts in Paragraph 200 of the CMPLT.

11       201.   Paragraph 201 contains only legal argument without factual

12   allegations, so no response is necessary.

13       202.   Paragraph 202 contains only legal argument without factual

14   allegations, so no response is necessary.

15       203.   Paragraph 203 contains only legal argument without factual

16   allegations, so no response is necessary.

17       204.   Defendants deny and lack knowledge or information sufficient to form

18   a belief as to the truth, accuracy, and characterization of the allegations in

19   Paragraph 204 of the CMPLT and, therefore, deny them.

20                               **Fourth Cause of Action**

21       205.   Paragraph 205 of the CMPLT contains no new factual allegations.

22   Defendants incorporate by reference all previous admissions, denials, statements,

23   and allegations.

24       206.   Paragraph 206 contains only legal argument without factual

25   allegations, so no response is necessary.

26       207.   Paragraph 207 contains only legal argument without factual

27   allegations, so no response is necessary.

28       208.   Paragraph 208 contains only legal argument without factual

DANNIS WOLIVER KELLEY
444 W. OCEAN BLVD., SUITE 1070
LONG BEACH, CA  90802

19

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT
2:23-cv-01832-CV (MBKx)

1    allegations, so no response is necessary.

2    209.   Defendants deny and lack knowledge or information sufficient to form

3    a belief as to the truth, accuracy, and characterization of the allegations in

4    Paragraph 209 of the CMPLT and, therefore, deny them.

5    **Fifth Cause of Action**

6    210.   Paragraph 210 of the CMPLT contains no new factual allegations.

7    Defendants incorporate by reference all previous admissions, denials, statements,

8    and allegations.

9    211.   Defendants admits the facts in Paragraph 211 of the CMPLT.

10   212.   Defendants admits the facts in Paragraph 212 of the CMPLT.

11   213.   Paragraph 213 contains only legal argument without factual

12   allegations, so no response is necessary.

13   214.   Paragraph 214 contains only legal argument without factual

14   allegations, so no response is necessary.

15   215.   Defendants deny and lack knowledge or information sufficient to form

16   a belief as to the truth, accuracy, and characterization of the allegations in

17   Paragraph 215 of the CMPLT and, therefore, deny them.

18   **Sixth Cause of Actoin**

19   216.   Paragraph 216 of the CMPLT contains no new factual allegations.

20   Defendants incorporate by reference all previous admissions, denials, statements,

21   and allegations.

22   217.   Defendants admits the facts in Paragraph 217 of the CMPLT.

23   218.   Paragraph 218 contains only legal argument without factual

24   allegations, so no response is necessary.

25   219.   Paragraph 219 contains only legal argument without factual

26   allegations, so no response is necessary.

27   220.   Defendants deny and lack knowledge or information sufficient to form

28   a belief as to the truth, accuracy, and characterization of the allegations in

DANNIS WOLIVER KELLEY
444 W. OCEAN BLVD., SUITE 1070
LONG BEACH, CA  90802

20

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

2:23-cv-01832-CV (MBKx)

1  Paragraph 220 of the CMPLT and, therefore, deny them.

2    221.   Paragraph 221 contains only legal argument without factual

3  allegations, so no response is necessary.

4    222.   Defendants deny and lack knowledge or information sufficient to form

5  a belief as to the truth, accuracy, and characterization of the allegations in

6  Paragraph 222 of the CMPLT and, therefore, deny them.

### AFFIRMATIVE DEFENSES

8    Defendants allege the following affirmative defenses.  Nothing herein shall

9  be construed as a waiver of any argument by Defendants as to whether the matters

10  asserted herein are true affirmative defenses, or as to which party bears the burden

11  of proof or production on these matters.

### FIRST AFFIRMATIVE DEFENSE

13    AS A FIRST, SEPARATE AND AFFIRMATIVE DEFENSE TO THE

14  ALLEGATIONS OF THE CMPLT, it is alleged that the CMPLT and each and

15  every claim for relief therein fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

17    AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE TO THE

18  ALLEGATIONS OF THE CMPLT, it is alleged that the Court lacks subject matter

19  jurisdiction over Plaintiffs' claims for declaratory, injunctive, or other prospective

20  relief, and for nominal damages.

### THIRD AFFIRMATIVE DEFENSE

22    AS A THIRD, SEPARATE AND AFFIRMATIVE DEFENSE TO THE

23  ALLEGATIONS OF THE CMPLT, it is alleged that the Plaintiffs lack standing to

24  assert claims for declaratory, injunctive, or other prospective relief, and for nominal

25  damages.

### FOURTH AFFIRMATIVE DEFENSE

27    AS A FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE

28  ALLEGATIONS OF THE CMPLT, it is alleged that the Plaintiffs' claims for

DANNIS WOLIVER KELLEY
444 W. OCEAN BLVD., SUITE 1070
LONG BEACH, CA 90802

21

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

2:23-cv-01832-CV (MBKx)

declaratory, injunctive, or other prospective relief, and for nominal damages, are moot.

### FIFTH AFFIRMATIVE DEFENSE

AS A FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE ALLEGATIONS OF THE CMPLT, it is alleged that the Plaintiffs' claims for declaratory, injunctive, or other prospective relief, and for nominal damages, are not ripe for adjudication or are otherwise non-justiciable.

### SIXTH AFFIRMATIVE DEFENSE

AS AN SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE ALLEGATIONS OF THE CMPLT, it is alleged that Plaintiffs have failed to exhaust their administrative and/or judicial remedies.

### SEVENTH AFFIRMATIVE DEFENSE

AS AN SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE ALLEGATIONS OF THE CMPLT, it is alleged that Defendants are entitled to immunity under the Eleventh Amendment.

### EIGHTH AFFIRMATIVE DEFENSE

AS AN EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE TO THE ALLEGATIONS OF THE CMPLT, it is alleged that Defendants are entitled to qualified immunity.

///
///
///
///
///
///
///
///
///

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

2:23-cv-01832-CV (MBKx)

DANNIS WOLIVER KELLEY
444 W. OCEAN BLVD., SUITE 1070
LONG BEACH, CA 90802

DWK 4366295v1

1  **WHEREFORE**, the District prays as follows:

2  1. That Plaintiffs take nothing by reason of the Complaint;

3  2. That judgment be entered in favor of District;

4  3. That District be awarded costs of suit and attorneys' fees; and

5  4. For such other and further relief as the Court deems just and appropriate.

7 DATED: March 11, 2025    Respectfully submitted,

8            DANNIS WOLIVER KELLEY
             SUE ANN SALMON EVANS
9            WILLIAM G. ASH

10

11          By: _/s/ Sue Ann Salmon Evans_
            SUE ANN SALMON EVANS
            Attorneys for Defendants
12           Los Angeles Unified School District
13           and Anthony Aguilar

DANNIS WOLIVER KELLEY
444 W. OCEAN BLVD., SUITE 1070
LONG BEACH, CA 90802

DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

2:23-cv-01832-CV (MBKx)

DWK 4366295v1