Eric C. Rassbach (CA SBN 288041)
erassbach@becketfund.org
Nicholas R. Reaves (DC Bar No. 1044454)
Daniel L. Chen (CA SBN 312576)
Laura Wolk Slavis (DC Bar No. 1643193)
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave., Suite 400
Washington, DC 20006
202-955-0095 tel. / 202-955-0090 fax

*Attorneys for Plaintiffs*

LEN GARFINKEL State Bar No. 114815
General Counsel
BRUCE YONEHIRO, State Bar No. 142405
Assistant General Counsel
THOMAS PROUTY. State Bar No. 238950
Deputy General Counsel
California Department of Education
1430 N Street, Room 5319
Sacramento, California 95814
Telephone: 916-319-0860
Facsimile: 916-322-2549

*Attorneys for Defendants California Department of Education and Tony Thurmond, in his official capacity as Superintendent of Public Instruction*

SUE ANN SALMON EVANS, State Bar No. 151562
sevans@DWKesq.com
WILLIAM G. ASH, State Bar No. 324122
wash@DWKesq.com
Dannis Woliver Kelley
444 W. Ocean Blvd., Suite 1070
Long Beach, CA 90802
Telephone: 562.366.8500
Facsimile: 562.366.8505

*Attorneys for Defendants Los Angeles Unified School District and Anthony Aguilar, in his official capacity as Chief of Special Education, Equity, and Access*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHAYA LOFFMAN and JONATHAN LOFFMAN, on their own behalf and on behalf of their minor child M.L.; FEDORA NICK and MORRIS TAXON, on their own behalf and on behalf of their minor child K.T.; SARAH PERETS and ARIEL PERETS, on their own behalf and on behalf of their minor child N.P.; JEAN & JERRY FRIEDMAN SHALHEVET HIGH SCHOOL; and SAMUEL A. FRYER YAVNEH HEBREW ACADEMY,<br><br>    Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION; TONY THURMOND, in his official capacity as Superintendent of Public Instruction; LOS ANGELES UNIFIED SCHOOL DISTRICT; and ANTHONY AGUILAR, in his official capacity as Chief of Special Education, Equity, and Access,<br><br>    Defendants. | Case No.:<br>2:23-cv-01832-CV-MBK<br><br>**JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT AND PERMANENT INJUNCTION**<br><br>Date: May 19, 2025<br><br>Judge: Hon. Cynthia Valenzuela |

The Parties jointly move the Court to enter the attached consent judgment and permanent injunction for the reasons stated therein.

Dated: May 19, 2025                     Respectfully submitted,

/s/ *Eric C. Rassbach*
Eric C. Rassbach (CA SBN 288041)
erassbach@becketfund.org
Nicholas R. Reaves (DC Bar No. 1044454)
Daniel L. Chen (CA SBN 312576)
Laura Wolk Slavis (DC Bar No. 1643193)
The Becket Fund for Religious Liberty
1919 Pennsylvania Ave., Suite 400
Washington, DC 20006
202-955-0095 tel. / 202-955-0090 fax

*Attorneys for Plaintiffs*

/s/ *Thomas Prouty*
LEN GARFINKEL State Bar No. 114815
General Counsel
BRUCE YONEHIRO, State Bar No. 142405
Assistant General Counsel
THOMAS PROUTY. State Bar No. 238950
Deputy General Counsel
California Department of Education
1430 N Street, Room 5319
Sacramento, California 95814
Telephone: 916-319-0860
Facsimile: 916-322-2549
E-mail: TProuty@cde.ca.gov

*Attorneys for Defendants California Department of Education and Tony Thurmond, in his official capacity as Superintendent of Public Instruction*

/s/ *Sue Ann Salmon Evans*
SUE ANN SALMON EVANS, State Bar No. 151562
sevans@DWKesq.com
WILLIAM G. ASH, State Bar No. 324122
wash@DWKesq.com
Dannis Woliver Kelley
444 W. Ocean Blvd., Suite 1070
Long Beach, CA 90802
Telephone: 562.366.8500
Facsimile: 562.366.8505

*Attorneys for Defendants Los Angeles Unified School District and Anthony Aguilar, in his official capacity as Chief of Special Education, Equity, and Access*

## SIGNATURE ATTESTATION (L.R. 5-4.3.4)

I, Eric Rassbach, attest that all other signatories listed above, on whose behalf this filing is submitted, concur in this filing's content and have authorized this filing.

/s/ *Eric C. Rassbach*
Eric C. Rassbach

# CERTIFICATE OF SERVICE

On May 19, 2025, I filed the foregoing document with the Court via ECF. I hereby certify that I have served the document on all counsel by a manner authorized by the Federal Rules of Civil Procedure.

/s/ *Eric C. Rassbach*
Eric C. Rassbach