SUE ANN SALMON EVANS, State Bar No. 151562
sevans@DWKesq.com
WILLIAM G. ASH, State Bar No. 324122
wash@DWKesq.com
Dannis Woliver Kelley
444 W. Ocean Blvd., Suite 1750
Long Beach, CA 90802
Telephone: 562.366.8500
Facsimile: 562.366.8505

Attorneys for Defendants
Los Angeles Unified School District and Anthony Aguilar

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAYA LOFFMAN and JONATHAN LOFFMAN, on their own behalf and on behalf of their minor child M.L.; FEDORA NICK and MORRIS TAXON, on their own behalf and on behalf of their minor child K.T.; SARAH PERETS and ARIEL PERETS, on their own behalf and on behalf of their minor child N.P.; JEAN & JERRY FRIEDMAN SHALHEVET HIGH SCHOOL; and SAMUEL A. FRYER YAVNEH HEBREW ACADEMY,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF EDUCATION; TONY THURMOND, in his official capacity as Superintendent of Public Instruction; LOS ANGELES UNIFIED SCHOOL DISTRICT; and ANTHONY AGUILAR, in his official capacity as Chief of Special Education, Equity, and Access,<br><br>Defendants. | Case No. 2:23-cv-01832-CV (MBKx)<br><br>Judge : Hon. Cynthia Valenzuela<br><br>**LOS ANGELES UNIFIED SCHOOL DISTRICT AND ANTHONY AGUILAR'S OBJECTION TO PLAINTIFFS' STIPULATION OF DISMISSAL AS TO DEFENDANTS CALIFORNIA DEPARTMENT OF EDUCATION AND TONY THURMOND**<br><br>Complaint Filed: March 13, 2023<br><br>Trial Date: December 1, 2026 |

**TO THE PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Defendants Los Angeles Unified School District and Anthony Aguilar ("District" or "LAUSD" or "Defendants") hereby submit this Objection to Plaintiffs' Stipulation of Dismissal as to Defendants California Department of Education and Tony Thurmon ("Dismissal"). The Dismissal purports to move pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii). However, this code section clearly requires "a stipulation of dismissal signed by all parties who have appeared." Neither of the LAUSD Defendants have signed the Dismissal, nor were they asked to do so. Further, the dismissal of the California Department of Education will undoubtedly prejudice the District, as the entirety of Plaintiffs' case is directed at actions solely within the control of the California Department of Education. Plaintiffs cannot dismiss California Department of Education unilaterally, without the Court's consideration of how this will impact Plaintiffs' claims against all parties. For these reasons, the Court must reject the Dismissal.

DATED: March 3, 2026

Respectfully submitted,

DANNIS WOLIVER KELLEY
SUE ANN SALMON EVANS
WILLIAM G. ASH

By: */s/ William G. Ash*
WILLIAM G. ASH
Attorneys for Defendants
Los Angeles Unified School District and Anthony Aguilar