UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAYA LOFFMAN, *et al.*,<br>Plaintiffs,<br>v.<br>CALIFONIA DEPARTMENT OF EDUCATION, *et al.*,<br>Defendants. | Case No. 2:23-cv-01832-CV (MBKx)<br>**ORDER GRANTING STIPULATIONS TO DISMISS DEFENDANTS**<br>**[DOC. ## 86, 92]**<br>JS-6 |

**Stipulation to Dismiss Defendants California Department of Education and Tony Thurmond [Doc. # 86]**

On March 2, 2026, the Parties filed a Stipulation of Dismissal with Prejudice as to Defendants California Department of Education and Tony Thurmond ("Stipulation"). Doc. # 86. Through their Stipulation, the Parties seek to dismiss Defendants California Department of Education and Tony Thurmond pursuant to Federal Rule of Civil Procedure 41(a).

The Court, having considered the Parties' Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS that Defendants California

Department of Education and Tony Thurmond are DISMISSED WITH PREJUDICE, each party to bear their own costs and attorney fees.

**Stipulation to Dismiss Defendants Los Angeles Unified School District and Anthony Aguilar [Doc. # 92]**

On March 24, 2026, the Parties filed a Stipulation of Dismissal with Prejudice as to Defendants Los Angeles Unified School District and Anthony Aguilar ("Stipulation"). Doc. # 92. Through their Stipulation, the Parties seek to dismiss Defendants Los Angeles Unified School District and Anthony Aguilar without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

The Court, having considered the Parties' Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS that Defendants Los Angeles Unified School District and Anthony Aguilar are DISMISSED WITHOUT PREJUDICE, each party to bear their own costs and attorney fees.

The Clerk is directed to close the case because all Defendants have been DISMISSED.

**IT IS SO ORDERED**.

Dated: November 9, 2026

Cynthia Valenzuela
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE